UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ERNESTO TORREZ, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:14-CV-00321 |
| | ) | |
| | ) | Hon. Hugh W. Brenneman, Jr. |
| CAROLYN W. COLVIN, | ) | U.S. Magistrate Judge |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to provide the claimant an opportunity to update the record; further evaluate whether the claimant's impairments meet or equal the severity of Listing 1.04; and, if warranted, give further consideration to the claimant's maximum residual functional capacity and provide rationale with specific references to evidence of record in support of assessed limitations, and, at step five, obtain supplemental evidence from a vocational expert.

DATED: ___December 29___, 2014

/s/ Hugh W. Brenneman, Jr.
HON. HUGH W. BRENNEMAN, JR.
U. S. MAGISTRATE JUDGE